NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARALLEL NETWORKS LICENSING, LLC,**
*Plaintiff-Appellant*

**v.**

**INTERNATIONAL BUSINESS MACHINES CORPORATION,**
*Defendant-Appellee*

---

2017-2042

---

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-02072-KAJ-SRF, Circuit Judge Kent A. Jordan.

---

**JUDGMENT**

---

DOUGLAS AARON CAWLEY, McKool Smith, PC, Dallas, TX, argued for plaintiff-appellant. Also represented by CHRISTOPHER THOR BOVENKAMP, ERIC SORENSEN HANSEN; LEAH BURATTI, JOHN BRUCE CAMPBELL, Austin, TX.

JOHN M. DESMARAIS, Desmarais LLP, New York, NY, argued for defendant-appellee. Also represented by JON TODD HOHENTHANER, JEFFREY SCOTT SEDDON, II.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, LOURIE, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


May 11, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court